THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* VINCENT KING, Respondent.

*Appeal — crimes — unlawful possession of firearms — judgment of conviction reversed and new trial granted on law and facts — appeal to Court of Appeals dismissed.*

*People* v. *King*, 216 App. Div. 240, appeal dismissed.

(Argued May 26, 1926; decided June 9, 1926.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered

March 17, 1926, which reversed a judgment of the Onondaga County Court rendered upon a verdict convicting the defendant of the crime of unlawful possession of firearms in violation of subdivision 4 of section 1897 of the Penal Law, and granting a new trial.

*Clarence Unckless, District Attorney (William M. Peckham* of counsel), for appellant.

*George R. Fearon* for respondent.

Appeal dismissed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: LEHMAN, J.